# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JAMES KENNETH ANDERSON　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #99355

v.　　　　　　　　CASE NO. 5:17-CV-00292 BSM

MOHAMMED KAMEL, et al.　　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

The proposed findings and partial recommendations [Doc. Nos. 7, 8] submitted by United States Magistrate Judge Patricia S. Harris have been received. No objections have been filed. After careful consideration, the proposed findings and partial recommendations are adopted in their entireties. Accordingly, plaintiff James Anderson's claims against defendant Mohammed Kamel are dismissed without prejudice for failure to pay an initial filing fee, and all claims in Anderson's original complaint [Doc. No. 2] are dismissed without prejudice. Anderson's motion for a preliminary injunction or protective order [Doc. No. 3] is denied. Anderson's claims against defendant Fade Mahmoud may proceed. Further, it is certified that an *in forma pauperis* appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 2nd day of January 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE